GAGE E. TARBELL, Respondent, *v.* GEORGE P. FINNIGAN et al., Appellants.

Reported below, 35 App. Div. 624.
(Argued April 17, 1899; decided April 25, 1899.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, rendered November 16, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the Appellate Division, by a unanimous decision, held that there was evidence supporting, or tending to sustain, the findings of fact, and that the exceptions are frivolous.

*Franklin Pierce* for motion.

*A. D. Wales* opposed.

Motion denied, with ten dollars costs.